1 | RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711
pollockesq@aol.com

Attorney for Defendant
SCHALET JACKSON

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   vs.   SCHALET JACKSON,   Defendant. _____/ | CR. No.  10-00780-CW  **STIPULATION TO CONTINUE DATE FOR SUPERVISED RELEASE VIOLATION HEARING** _____ |

Defendant SCHALET JACKSON, by and through her counsel of record Randy Sue Pollock, and Assistant United States Attorney Wade Rhyne hereby move to continue the supervised release violation hearing presently set for Monday, October 15, 2012 at 2 p.m. to November 12, 2012 at 2 p.m.   Ms. Jackson is presently serving a sentence in Modesto and should be out of custody by the next date and the parties will be prepared at that time to resolve this case.

///
///
///

**Stipulation to Continue Date For Supervised
Release Violation Admission and Sentencing**

1  United States Probation Officer Richard Brown has no objection to this continuance.

2
3
4  Date:   October 11, 2012                                  /s/
                                                       RANDY SUE POLLOCK
5                                                      Counsel for Defendant
                                                       Schalet Jackson
6
7
8  Date:   October 11, 2012                                  /s/
                                                       WADE RHYNE
9                                                      Assistant United States Attorney

10
11 SO ORDERED, **except the hearing will be held on Monday, November 19, 2012, at 2:30 p.m.**

12 Date: 10/15/2012                                     _____
                                                       CLAUDIA WILKEN
13                                                     United States District Court Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation to Continue Date For Supervised
Release Violation Admission and Sentencing**                                              2